# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BRIAN JEFFERY KENT,

                Petitioner,

-vs-                                     Case No.  6:06-cv-305-Orl-19JGG

SECRETARY, DEPARTMENT OF
CORRECTIONS,
ATTORNEY GENERAL, STATE OF FLORIDA,

                  Respondents.

_____

## ORDER

      This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION TO DISMISS (Doc. No. 8)** |
| **FILED:** | **August 17, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

      This case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

      **DONE AND ORDERED** in Orlando, Florida this __17th_____ day of August, 2006.

_____

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 8/17
Counsel of Record
Brian Jeffery Kent